UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
ERICKSON OCASIO,  :
 :
        Plaintiff,  :   19-CV-8852 (JMF)
 :
   -v-  :   REVISED
 :   SCHEDULING ORDER
THE CHILDREN'S AID SOCIETY,  :
 :
        Defendant.  :
 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **December 17, 2019**, at **3:15 p.m.**, is RESCHEDULED for **January 30, 2020**, at **4:15 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

  The parties are reminded that, in accordance with the Notice of Initial Pretrial Conference (ECF No. 5), they must file on ECF no later than **Thursday, January 23, 2020,** a joint status letter and proposed case management plan.

  The Clerk of Court is directed to terminate ECF No. 17.

  SO ORDERED.

Dated: November 18, 2019
   New York, New York            _____
                     JESSE M. FURMAN
                    United States District Judge